**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

| | | |
|---|---|---|
| In re: KAI INDUSTRIES, LLC | § | Case No. 2:18-bk-11152-SK |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Heide Kurtz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $756,727.02 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $283,915.75 | | |

3) Total gross receipts of $1,040,642.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,040,642.77 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,300,000.00 | $4,149,386.11 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $113,293.62 | $112,643.62 | $112,643.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $191,242.13 | $188,272.13 | $171,272.13 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $6,335.66 | $6,335.66 | $6,335.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $770,000.00 | $10,326,161.56 | $4,065,166.16 | $750,391.36 |
| **TOTAL DISBURSEMENTS** | $5,070,000.00 | $14,786,419.08 | $4,372,417.57 | $1,040,642.77 |

4) This case was originally filed under chapter 11 on 02/01/2018, and it was converted to chapter 7 on 01/17/2019. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2020         By: /s/ Heide Kurtz
                                             Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)         2

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Turnover of Chapter 11 Bank Account | 1129-000 | $1,040,642.77 |
| **TOTAL GROSS RECEIPTS** | | **$1,040,642.77** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR | 4110-000 | NA | $80,116.09 | $0.00 | $0.00 |
| 8 | JFL Construction Technology, Inc. | 4110-000 | $3,700,000.00 | $4,069,270.02 | $0.00 | $0.00 |
| 20S | Kevin Korm( Juva Investment LLC) | 4110-000 | $600,000.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$4,300,000.00** | **$4,149,386.11** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - HEIDE KURTZ, TRUSTEE | 2100-000 | NA | $54,469.28 | $54,469.28 | $54,469.28 |
| Trustee, Expenses - Heide Kurtz | 2200-000 | NA | $133.78 | $133.78 | $133.78 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $0.00 | $0.00 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - BOND | 2300-000 | NA | $700.08 | $700.08 | $700.08 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Attorney for Trustee Fees (Other Firm) - LEVENE NEALE BENDER YOO & BRILL | 3210-000 | NA | $41,613.50 | $41,613.50 | $41,613.50 |
| Attorney for Trustee Expenses (Other Firm) - LEVENE NEALE BENDER YOO & BRILL | 3220-000 | NA | $1,543.78 | $1,543.78 | $1,543.78 |
| Accountant for Trustee Fees (Other Firm) - HAHN FIFE & COMPANY, LLP | 3410-000 | NA | $12,390.00 | $12,390.00 | $12,390.00 |
| Accountant for Trustee Expenses (Other Firm) - HAHN FIFE & COMPANY, LLP | 3420-000 | NA | $343.20 | $343.20 | $343.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$113,293.62** | **$112,643.62** | **$112,643.62** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - HAHN FIFE & COMPANY, LLP | 6420-000 | NA | $47.60 | $47.60 | $47.60 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - HAHN FIFE & COMPANY, LLP | 6410-000 | NA | $18,564.00 | $18,564.00 | $18,564.00 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - LEVENE NEALE BENDER YOO & BRILL | 6220-000 | NA | $797.28 | $797.28 | $797.28 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - LEVENE NEALE BENDER YOO & BRILL | 6210-000 | NA | $48,840.00 | $48,840.00 | $48,840.00 |
| Attorney for D-I-P Expenses - Louis J. Esbin | 6220-170 | NA | $3,797.25 | $3,797.25 | $3,797.25 |
| Attorney for D-I-P Fees - Louis J. Esbin | 6210-160 | NA | $119,196.00 | $116,226.00 | $99,226.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$191,242.13** | **$188,272.13** | **$171,272.13** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | INTERNAL REVENUE SERVICE | 5800-000 | NA | $1,157.45 | $1,157.45 | $1,157.45 |
| 3P | FRANCHISE TAX BOARD | 5800-000 | NA | $5,178.21 | $5,178.21 | $5,178.21 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$6,335.66** | **$6,335.66** | **$6,335.66** |

UST Form 101-7-TDR ( 10 /1/2010)    5

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | INTERNAL REVENUE SERVICE | 7100-000 | NA | $23,197.58 | $23,197.58 | $4,282.05 |
| 3U | FRANCHISE TAX BOARD | 7100-000 | NA | $1,758.98 | $1,758.98 | $324.69 |
| 4 | Leang Im Var | 7100-000 | $150,000.00 | $150,000.00 | $0.00 | $0.00 |
| 5 | Sokundara Hov | 7100-000 | $60,000.00 | $60,000.00 | $0.00 | $0.00 |
| 6 | Leap Kim | 7100-000 | $200,000.00 | $200,000.00 | $0.00 | $0.00 |
| 7 | Vanna Chan | 7100-000 | $250,000.00 | $250,000.00 | $0.00 | $0.00 |
| 9 | Sam S. Leslie, as trustee for Vanessa Ly c/o Dumas & Kim, APC. | 7100-000 | NA | $4,733,905.00 | $2,982,209.60 | $550,487.79 |
| 10 | Minzhi Li and Ketty Choui | 7100-000 | $60,000.00 | $60,000.00 | $60,000.00 | $11,075.43 |
| 11 | Landry Ko | 7100-000 | NA | $2,760,000.00 | $0.00 | $0.00 |
| 12 | Kang Chu Jeu | 7100-000 | NA | $66,000.00 | $66,000.00 | $12,182.98 |
| 13 | 888 Exotic Car Inc & Top Credit Corp | 7100-000 | NA | $900,000.00 | $900,000.00 | $166,131.52 |
| 14 | Rene Zavala | 7100-000 | NA | $32,000.00 | $32,000.00 | $5,906.90 |
| 15 | Victor Hutado | 7100-000 | NA | $30,000.00 | $0.00 | $0.00 |
| 16 | Brand Lin | 7100-000 | $50,000.00 | $150,000.00 | $0.00 | $0.00 |
| 17 | Lily Chea | 7100-000 | NA | $30,000.00 | $0.00 | $0.00 |
| 18 | Cambodia America Rescue Organization Thay Hourly | 7100-000 | NA | $250,000.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Ly Family Inc Thay Hour Ly | 7100-000 | NA | $29,300.00 | $0.00 | $0.00 |
| 20U | Kevin Korm( Juva Investment LLC) | 7100-000 | NA | $600,000.00 | $0.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $770,000.00 | $10,326,161.56 | $4,065,166.16 | $750,391.36 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 2:18-bk-11152-SK
**Case Name:** KAI INDUSTRIES, LLC

**For Period Ending:** 02/19/2020

**Trustee Name:** (001960) Heide Kurtz
**Date Filed (f) or Converted (c):** 02/01/2018 (f)
**§ 341(a) Meeting Date:** 02/19/2019
**Claims Bar Date:** 04/29/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Turnover of Chapter 11 Bank Account | 1,040,642.77 | 1,040,642.77 | | 1,040,642.77 | FA |
| 1 | **Assets Totals (Excluding unknown values)** | **$1,040,642.77** | **$1,040,642.77** | | **$1,040,642.77** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 2:18-bk-11152-SK
**Case Name:** KAI INDUSTRIES, LLC

**For Period Ending:** 02/19/2020

**Trustee Name:** (001960) Heide Kurtz
**Date Filed (f) or Converted (c):** 02/01/2018 (f)
**§ 341(a) Meeting Date:** 02/19/2019
**Claims Bar Date:** 04/29/2019

**Major Activities Affecting Case Closing:**

Case Converted to Chapter 7 from Chapter 11 per Order of 1-17-19.
Heide Kurtz was the Chapter 11 Trustee (appointed 9-6-18) and has filed the Ch 11 Trustee Final Report on 3-8-19 along with the 1019 report.  In the Chapter 11, the Debtor's Real Property was sold by the DIP.  The turnover of the bank account in the Ch 7 (Asset 1) in the amount of $1,040,642.77 was primarily from the net proceeds (disputed) being held by escrow from the sale of the real Property in the Ch 11.  Per the U.S. Trustee Handbook, only the assets to be administered upon the time of conversion are included in the Form 1.  Therefore, this is the sole asset in the case.

The asset of the estate was the multi-unit commercial building located at 15855, 15859, 15805, 15825 Edna Place, Irwindale, California 91706 (the "Property").  Prior to the Trustee's Chapter 11 appointment, the Property was sold for $5,500,000.  As a result of the sale of the Property, which closed on or about June 22, 2018, net sale proceeds in the approximate sum of $1,004,559.23 were generated, subject to the alleged lien of a junior trust deed holder, Juva Investments, LLC.  Ch 11 Trustee Kurtz has converted the case to a Ch 7.

Per Order of 4-4-19, the Ch 7 Trustee obtained the waiver of the Juva lien in the sum of $600,000, plus the disallowance of approximately $2,200,000 in unsecured claims (including the reduction of a claim filed by Sam Leslie, Trustee for the estate of Vanessa Ly - Debtor's partner and mother to his children BK 16-22420 SK) against the Estate.  Therefore as of 4-4-19, all estate funds are unencumbered.

Claims:
Many claims were disputed and objected to in this case during the Ch 7 mostly as connected to the Vanessa Ly BK case.  Successful objections and compromises reducing claims amounts were obtained for Claims 9. 16. 17, 18, 19 and 20.  The overall claim filed amount of these claims was $5,793,205 and the aggregate reduction obtained resulted in an allowed claims amount of $2,982,209 plus the waiver of the $600,000 secured Juva claim.

Professional and Trustee Fees:
The Trustee is NOT requesting fees for her work in the Chapter 11 case as the DIP sold the Property and as the Trustee converted the case after 4 months. The Trustee resolved the outstanding lien and claims issues in the "7".  As Ch 7 Trustee, the Trustee is requesting the statutory amount of $54,469.28 in fees.
The Ch 11 Debtor's attorney, Louis Esbin, has filed a fee application requesting approval for fees and expenses in the aggregate amount of $122,381.75 less $17,000 held by Debtor attorney.   The Trustee has filed an objection for the Esbin fees incurred ($10,835) for work performed after she was appointed the Chapter 11 Trustee on 9-6-18.

Asset Notice, Set Bar Date Filed 1-22-19, Claims Bar Date Issued 4-29-19
Request for Court Costs Filed 6-6-19
Notice to Pay Court Costs Issued 6-6-19 / $0
Notice to Professionals to File Fee Apps Filed 7-25-19

Levene Neale Bender Yoo & Brill Employment Approved to Continue in the Ch. 7 Converted Case Per Order of 1-17-19
Hahn Fife & Company, LLP Employment Approved to Continue in the Ch. 7 Converted Case Per Order of 1-17-19

Tax Issues:  Don Fife, CPA retained for estate tax returns and to analyze (capital gains) tax implications for real property sale.  Tax returns were filed with taxing agencies after approval of 9019 Compromise Motion and were submitted to the taxing agencies on 7-18-19.  Tax Clearance letters are not issued for LLC's.

**Initial Projected Date Of Final Report (TFR):** 01/17/2022      **Current Projected Date Of Final Report (TFR):** 09/05/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 2:18-bk-11152-SK | Trustee Name: | Heide Kurtz (001960) |
|---|---|---|---|
| Case Name: | KAI INDUSTRIES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4632 | Account #: | ******5400 Checking |
| For Period Ending: | 02/19/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/28/19 | {1} | Kai Industries, LLC | Turnover of Ch 11 Bank Account (Conversion Order of 1-17-19). | 1129-000 | 1,040,642.77 | | 1,040,642.77 |
| 01/30/19 | 101 | International Sureties | Bond Premium Payment Per LBR 2016-2/Bond #016030867 | 2300-000 | | 700.08 | 1,039,942.69 |
| 11/06/19 | 102 | HEIDE KURTZ, TRUSTEE | Distribution payment - Dividend paid at 100.00% of $54,469.28; Claim # FEE; Filed: $54,469.28 Per Order of 11-5-19 | 2100-000 | | 54,469.28 | 985,473.41 |
| 11/06/19 | 103 | Heide Kurtz | Distribution payment - Dividend paid at 100.00% of $133.78; Claim # TE; Filed: $133.78 Per Order of 11-5-19 | 2200-000 | | 133.78 | 985,339.63 |
| 11/06/19 | 104 | HAHN FIFE & COMPANY, LLP | Distribution payment - Dividend paid at 100.00% of $12,390.00; Claim # ; Filed: $12,390.00 Per Order of 11-5-19 | 3410-000 | | 12,390.00 | 972,949.63 |
| 11/06/19 | 105 | HAHN FIFE & COMPANY, LLP | Distribution payment - Dividend paid at 100.00% of $343.20; Claim # ; Filed: $343.20 Per Order of 11-5-19 | 3420-000 | | 343.20 | 972,606.43 |
| 11/06/19 | 106 | LEVENE NEALE BENDER YOO & BRILL | Distribution payment - Dividend paid at 100.00% of $41,613.50; Claim # ; Filed: $41,613.50 Per Order of 11-5-19 | 3210-000 | | 41,613.50 | 930,992.93 |
| 11/06/19 | 107 | LEVENE NEALE BENDER YOO & BRILL | Distribution payment - Dividend paid at 100.00% of $1,543.78; Claim # ; Filed: $1,543.78 Per Order of 11-5-19 | 3220-000 | | 1,543.78 | 929,449.15 |
| 11/06/19 | 108 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $800.00; Claim # 21; Filed: $800.00 / Tax ID #90-0764632 | 2820-000 | | 800.00 | 928,649.15 |
| 11/06/19 | 109 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 23; Filed: $650.00 Per Order of 11-5-19 | 2950-000 | | 650.00 | 927,999.15 |
| 11/06/19 | 110 | Louis J. Esbin | Distribution payment - Dividend paid at 85.37% of $116,226.00; Claim # ; Filed: $119,196.00 Per Order of 11-5-19 | 6210-160 | | 99,226.00 | 828,773.15 |
| 11/06/19 | 111 | Louis J. Esbin | Distribution payment - Dividend paid at 100.00% of $3,797.25; Claim # ; Filed: $3,797.25 Per Order of 11-5-19 | 6220-170 | | 3,797.25 | 824,975.90 |
| 11/06/19 | 112 | HAHN FIFE & COMPANY, LLP | Distribution payment - Dividend paid at 100.00% of $18,564.00; Claim # ; Filed: $18,564.00 Per Order of 11-5-19 | 6410-000 | | 18,564.00 | 806,411.90 |
| 11/06/19 | 113 | HAHN FIFE & COMPANY, LLP | Distribution payment - Dividend paid at 100.00% of $47.60; Claim # ; Filed: $47.60 Per Order of 11-5-19 | 6420-000 | | 47.60 | 806,364.30 |
| 11/06/19 | 114 | LEVENE NEALE BENDER YOO & BRILL | Distribution payment - Dividend paid at 100.00% of $48,840.00; Claim # ; Filed: $48,840.00 Per Order of 11-5-19 | 6210-000 | | 48,840.00 | 757,524.30 |
| 11/06/19 | 115 | LEVENE NEALE BENDER YOO & BRILL | Distribution payment - Dividend paid at 100.00% of $797.28; Claim # ; Filed: $797.28 Per Order of 11-5-19 | 6220-000 | | 797.28 | 756,727.02 |

Page Subtotals: $1,040,642.77   $283,915.75

10

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| **Case No.:** | 2:18-bk-11152-SK | **Trustee Name:** | Heide Kurtz (001960) |
|---|---|---|---|
| **Case Name:** | KAI INDUSTRIES, LLC | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***4632 | **Account #:** | ******5400 Checking |
| **For Period Ending:** | 02/19/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/06/19 | 116 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 100.00% of $1,157.45; Claim # 2P; Filed: $1,157.45 / Tax ID #90-0764632 | 5800-000 | | 1,157.45 | 755,569.57 |
| 11/06/19 | 117 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 100.00% of $5,178.21; Claim # 3P; Filed: $5,178.21 / Tax ID #90-0764632 | 5800-000 | | 5,178.21 | 750,391.36 |
| 11/06/19 | 118 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 18.46% of $23,197.58; Claim # 2U; Filed: $23,197.58 / Tax ID #90-0764632 | 7100-000 | | 4,282.05 | 746,109.31 |
| 11/06/19 | 119 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 18.46% of $1,758.98; Claim # 3U; Filed: $1,758.98 / Tax ID #90-0764632 | 7100-000 | | 324.69 | 745,784.62 |
| 11/06/19 | 120 | Sam S. Leslie, as trustee for Vanessa Ly c/o Dumas & Kim, APC. | Distribution payment - Dividend paid at 18.46% of $2,982,209.60; Claim # 9; Filed: $4,733,905.00 | 7100-000 | | 550,487.79 | 195,296.83 |
| 11/06/19 | 121 | Minzhi Li and Ketty Choui | Distribution payment - Dividend paid at 18.46% of $60,000.00; Claim # 10; Filed: $60,000.00 | 7100-000 | | 11,075.43 | 184,221.40 |
| 11/06/19 | 122 | Kang Chu Jeu | Distribution payment - Dividend paid at 18.46% of $66,000.00; Claim # 12; Filed: $66,000.00 | 7100-000 | | 12,182.98 | 172,038.42 |
| 11/06/19 | 123 | 888 Exotic Car Inc & Top Credit Corp | Distribution payment - Dividend paid at 18.46% of $900,000.00; Claim # 13; Filed: $900,000.00 | 7100-000 | | 166,131.52 | 5,906.90 |
| 11/06/19 | 124 | Rene Zavala | Distribution payment - Dividend paid at 18.46% of $32,000.00; Claim # 14; Filed: $32,000.00 | 7100-000 | | 5,906.90 | 0.00 |
| | | **COLUMN TOTALS** | | | 1,040,642.77 | 1,040,642.77 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,040,642.77 | 1,040,642.77 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$1,040,642.77** | **$1,040,642.77** | |

11

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 2:18-bk-11152-SK | **Trustee Name:** | Heide Kurtz (001960) | |
| **Case Name:** | KAI INDUSTRIES, LLC | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***4632 | **Account #:** | ******5400 Checking | |
| **For Period Ending:** | 02/19/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5400 Checking | $1,040,642.77 | $1,040,642.77 | $0.00 |
| | **$1,040,642.77** | **$1,040,642.77** | **$0.00** |

12

**UST Form 101-7-TDR (10 /1/2010)**